IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action 88-cv-00417-PAB-HS

GRANNY GOODE'S OF COLORADO, INC.,
CHARLES BUMGUARDNER,
CHRISTINE BUMGUARDNER,
and GRANNY GOODE'S-BRENTWOOD, INC.

    Plaintiffs,

        v.

RICHARD WINCHELL,

    Defendant.
_____

**ORDER GRANTING MOTION TO REVIVE JUDGMENT**
_____

This matter is before the Court on plaintiff Granny Goode's of Colorado, Inc.'s Motion to Revive [Docket No. 46], which seeks to revive the December 20, 1990 judgment [Docket No. 28] issued against defendant.  The clerk's office issued a notice to show cause why judgment should not be revived on December 6, 2010 to defendant [Docket No. 48].  Although the full ten day period given to defendant to respond to the notice has not expired, plaintiff's motion states that defendant does not oppose revival of the judgment, *see* Docket No. 28 at 2, and no opposition to the motion has been filed.  Therefore, pursuant to Federal Rule of Civil Procedure 69(a) and Colorado Rule of Civil Procedure 54(h), it is

2

ORDERED that plaintiff's Motion for Revival of Judgment [Docket No. 46] is GRANTED. The judgment entered in this action on December 20, 1990 is hereby revived with like force and effect as if rendered on this date.

DATED December 17, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge